IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>CLINTON EPP,<br><br>    Defendant. | 4:25CR3006<br><br>**ORDER** |

  A hearing was held today. Defendant requests modification of the terms of pretrial release. Such request was approved by pretrial services. Upon consideration of the evidence and filings before the court, Defendant is released subject to the same terms and conditions of release previously imposed with the following modification:

  a. Condition (ff)(i) is modified to allow defendant to use an ereader, specifically a Pocketbook Verse Pro, for ebooks. This is the only alteration of this condition.

  b. All other conditions remain as set forth in the Order Setting Conditions of Release (Filing No. 15).

IT IS SO ORDERED.

Dated this 15th day of October, 2025.

                   BY THE COURT:

                   *s/ Jacqueline M. DeLuca*
                   United States Magistrate Judge