IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.   4:25CR3006 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER TO DESTROY** |
| | ) | |
| | ) | |
| CLINTON EPP, | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for plaintiff notified the court on May 1, 2026 that they wish the following exhibits held by the court in this matter to be destroyed.

Plaintiff's Sentencing Exhibits    1/22/2026

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above-listed exhibits 14 days from the date of this order.

IT IS SO ORDERED.

DATED:   May 1, 2026

BY THE COURT

s/ **Susan M. Bazis**
United States District Judge